FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2019
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Tanner Hanson ) <br> Defendant. ) <br> ) | Case No.: SACR18-00167-JLS <br><br> ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) <br><br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Staton__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

   (A)  (✓) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

   (B)  (✓) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

__using heroin ; left LA CADA on 1/9 without authorization__

| | | | |
|---|---|---|---|
|1| | |and|
|2|(2)| | |
|3| |(A)   ( )|that based on the factors set forth in 18 U.S.C. § 3142(g), there is no|
|4| | |condition or combination of conditions of release that will assure that|
|5| | |the defendant will not flee or pose a danger to the safety or any other|
|6| | |person or the community; or|
|7| |(B)   (✓)|that the defendant is unlikely to abide by any condition or|
|8| | |combination of conditions of release.|

and/or, in the event of (1) (A)

(3)   (✓) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)   ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED:  1/16/19

Karen E. Scott
UNITED STATES MAGISTRATE JUDGE

2