FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ␣␣␣␣␣␣␣␣␣␣ DEPUTY

"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Tanner Hanson<br>　　　　　Defendant. | Case No.: SACR18-00167-JLS-1<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __J. Staton__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (✓)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: __use of illegal drugs; leaving drug treatment program without authorization__

| | | | |
|---|---|---|---|
| 1 | | | and |
| 2 | (2) | | |
| 3 | | (A) ( ) | that based on the factors set forth in 18 U.S.C. § 3142(g), there is no |
| 4 | | | condition or combination of conditions of release that will assure that |
| 5 | | | the defendant will not flee or pose a danger to the safety or any other |
| 6 | | | person or the community; or |
| 7 | | (B) (✓) | that the defendant is unlikely to abide by any condition or |
| 8 | | | combination of conditions of release. |

and/or, in the event of (1) (A)

(3)     ( )    that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)     ( )    that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

( )    This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓) IT IS ORDERED that the defendant be detained prior to trial.

DATED: 6/4/19

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE